B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Guy William Morris**, Case No. _____
                  Debtor        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Boulder Community Hospital<br>Patient Payments<br>P.O. Box 9049<br>Boulder, CO 80301-9049 | | | | $62,091.80 |
| Boulder Community Hospital<br>Patient Payments<br>P.O. Box 9049<br>Boulder, CO 80301-9049 | | | | $31,988.50 |
| Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk, VA 23502 | | | | $17,123.17 |
| Northstar<br>4285 Genesee Street<br>Buffalo, NY 14225 | | | | $13,325.51 |
| Integral Recoveries<br>750 West Hampden Avenue<br>Suite 501<br>Englewood, CO 80110 | | | | $9,384.80 |
| Kremmling Memorial Hospital District<br>P.O. Box 399<br>Kremmling, CO 80459-0399 | | | | $7,319.16 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Guy William Morris**
Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| FMA Alliance<br>12339 Cutten Road<br>Houston, TX 77066 | | | | $5,439.30 |
| New York Downtown Hospital<br>P.O. Box 3475<br>Toledo, OH 43607-0475 | | | | $4,916.79 |
| Grand County Treasurer<br>P.O. Box 288<br>Hot Sulphur Springs, CO 80451 | | | | $3,695.44 |
| Grand County EMS<br>P.O. Box 1457<br>Granby, CO 80446 | | | | $2,541.03 |
| Community Medical Association of BCH<br>P.O. Box 731438<br>Dallas, TX 75373-1438 | | | | $1,567.00 |
| Gastroenterology of the Rockies<br>382 South Arthur Avenue<br>Louisville, CO 80027-3094 | | | | $1,541.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Guy William Morris** , Case No. _____

 Debtor   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Boulder Valley Pathology, P.C.<br>36 Garden Center<br>Broomfield, CO 80020 | | | | $1,468.11 |
| Boulder Radiologists, Inc., P.C.<br>36 Garden Center<br>Broomfield, CO 80020 | | | | $1,253.76 |
| Paramedic Transport/New York Downtown<br>P.O. Box 9618<br>Uniondale, NY 11555 | | | | $1,170.00 |
| Boulder Emergency Physicians<br>P.O. Box 3495<br>Toledo, OH 43607 | | | | $1,024.00 |
| Lincare, Inc.<br>P.O. Box 2908<br>Spokane, WA 99220-2908 | | | | $984.42 |
| Boulder Comunity Hospital<br>P.O. Box 20610<br>Boulder, CO 80308-3610 | | | | $705.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re __Guy William Morris__  
                    Debtor

Case No. _____

Chapter __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Boulder Valley Pulmonology  1000 Alpine Avenue  Suite 100  Boulder, CO 80304-3409 | | | | $700.00 |
| Northland Group  P.O. Box 390905  Edina, MN 55439 | | | | $895.13 |

## DECLARATION UNDER PENALTY OF PERJURY

I, __Guy William Morris__, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __1-30-2013__         Signature: _____

                            __Guy William Morris__
                            (Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.